ant Attorney General Olney, Beatrice Rosenberg and Joseph A. Barry for the United States.

No. 323. ASSINIBOINE INDIAN TRIBE v. UNITED STATES. Court of Claims. Certiorari denied. *Louis A. Gravelle, Raymond N. Beebe, Adrien F. Busick* and *Delmar W. Holloman* for petitioner. Solicitor General Sobeloff, Assistant Attorney General Morton and Fred W. Smith for the United States.

No. 324. GOODY v. RAXOR CORPORATION ET AL. Supreme Court of New York, County of New York. Certiorari denied. *Abraham M. Lowenthal* and *Malcolm S. Mason* for petitioner.

No. 325. INSURANCE COMPANY OF NORTH AMERICA v. UNITED STATES. Court of Claims. Certiorari denied. *Robert B. Ely, III* for petitioner. Solicitor General Sobeloff, Assistant Attorney General Burger, Gray Thoron and Samuel D. Slade for the United States.

No. 327. S. KLEIN ON THE SQUARE, INC. v. LIONEL CORPORATION. Court of Appeals of New York. Certiorari denied. *Sidney A. Diamond* and *Murray Gartner* for petitioner. *Harry A. Gottlieb* for respondent.

No. 328. BROWNELL, ATTORNEY GENERAL, ET AL. v. ROTH. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. Solicitor General Sobeloff for petitioners. *J. Albert Woll, Herbert S. Thatcher* and *James A. Glenn* for respondent.